```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    DAVID PINCHAS C.S.B. # 130751
 4  Assistant United States Attorney
        Room 7516 Federal Building
 5      300 North Los Angeles Street
        Los Angeles, California 90012
 6      Telephone:  (213) 894-2920
        Fax Number: (213) 894-7819
 7      Email: david.pinchas@usdoj.gov

 8  Attorneys for Defendants
    Michael Mukasey; Attorney General,
 9  Michael Chertoff; Secretary, Department of
    Homeland Security; United States Citizenship and
10  Immigration Services; Jonathan Scharfen,
    Director of USCIS; USCIS San Bernardino
11  Sub Office; Robert S. Mueller III,
    Director Federal Bureau of Investigation
12
```

JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOUSA J. TOUMEH,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL MUKASEY, Attorney General, et al.,<br><br>　　　Defendants. | NO. CV 08-5602 RGK (MANx)<br><br>STIPULATION RE DISMISSAL OF ACTION |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), that the above-

E-FILED

Docket# 9

captioned action should be dismissed without prejudice. Each party shall bear his or its own costs and fees.

DATED: December 15, 2008

ASK LAW GROUP

_____
LISA DUBOWSKI
Attorneys for Plaintiff

DATED: Dec 12, 2008

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
DAVID PINCHAS
Assistant United States Attorney

Attorneys for Defendants

IT IS SO ORDERED.
DATED: 12/18/08

_____
UNITED STATES DISTRICT JUDGE